ARTHUR JOSEPH ASPERS, *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. WARREN E. LAWRENCE, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

*Mr. S. Arthur Levy* for the petitioners.

*Messrs. Richards, Capehart & Wood* for the respondents.

December 17, 1960.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
WILLIAM H. CROLAND, DEFENDANT-RESPONDENT.

*Mr. Brendan T. Byrne* and *Mr. Sanford M. Jaffe* for the
petitioner.

*Messrs. Van Riper & Belmont* for the respondent.

December 17, 1960.   Granted.